**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ANDREW JAMES MCGONIGLE,<br><br>Plaintiff,<br><br>v.<br><br>L'OREAL USA S/D, INC.,<br><br>Defendant. | Civil Action No. 1:26-cv-01507-LMB-WBP |

**DEFENDANT L'ORÉAL USA S/D, INC.'S MOTION TO DISMISS**

Defendant L'Oréal USA S/D, Inc. ("L'Oréal" or "Defendant") respectfully moves this Court to dismiss Plaintiff Andrew James McGonigle's Complaint for failure to state a claim, pursuant to Federal Rule of Civil Procedure 12(b)(6), respectively. In support of this Motion, L'Oréal submits herewith a Memorandum of Law in Support, which is fully incorporated herein.

Dated: August 21, 2026

Respectfully submitted,

*/s/ Rachel P. Raphael*

Rachel P. Raphael (VSB 85522)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.739.3000
Facsimile: 202.739.3001

Ezra D. Church (*pro hac vice forthcoming*)
2222 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001

*Attorneys for Defendant L'Oréal USA S/D, Inc.*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Civil Rule 7(E), counsel for Defendant and Plaintiff will meet and confer to determine whether L'Oréal's Motion to Dismiss will be submitted without oral argument and in a good-faith effort to narrow the area of disagreement at issue. Defendant will submit a notice of hearing or waiver of hearing within thirty (30) days of the filing of this Motion.

*/s/ Ezra D. Church*
Ezra D. Church

*Attorney for Defendant L'Oréal USA S/D, Inc.*