**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ANDREW JAMES MCGONIGLE,<br><br>Plaintiff,<br><br>v.<br><br>L'OREAL USA S/D, INC.,<br><br>Defendant. | C.A. No. 1:26-cv-01507-LMB-WBP |

**[PROPOSED] ORDER**

The Court, having considered Defendant L'Oréal USA S/D, Inc.'s ("L'Oréal"), Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) ("the Motion"), the papers filed by the parties in connection with the Motion, the arguments of counsel, and good cause appearing, hereby GRANTS the Motion.

IT IS SO ORDERED

Dated: ________________

______________________________
Hon. Leonie M. Brinkema
United States District Judge