**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| ANDREW JAMES MCGONIGLE,<br><br>Plaintiff,<br><br>v.<br><br>L'ORÉAL USA S/D, INC.,<br><br>Defendant. | C.A. No. 1:26-cv-01507-LMB-WBP |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Andrew James McGonigle and Defendant L'Oréal USA S/D, Inc. jointly write to advise the Court that they have reached a settlement in principle to resolve this matter. The Parties request that the Court vacate the upcoming deadlines, including the hearing on the Motion to Dismiss, presently scheduled for September 18, 2026, while the Parties negotiate the terms of the settlement agreement. Once the terms of the settlement are finalized, the Parties shall file a Stipulation of Dismissal with this Court.

Dated: September 17, 2026

Respectfully submitted,

*<u>/s/ Rachel P. Raphael</u>*
Rachel P. Raphael (VSB 85522)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202.739.3000
Facsimile: 202.739.3001

Ezra D. Church (admitted *pro hac vice*)
2222 Market Street
Philadelphia, PA 19103

Telephone: 215.963.5000
Facsimile: 215.963.5001

*Attorneys for Defendant L'Oréal USA S/D, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will transmit a true and correct copy of the same to all Counsel of Record.

/s/ *Rachel P. Raphael*
Rachel P. Raphael