**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| ANDREW JAMES MCGONIGLE, on behalf of himself and others similarly situated, | : | No. 1:26-cv-01507-LMB-WBP |
| Plaintiff, | : | |
| v. | : | **NOTICE OF DISMISSAL** |
| L'ORÉAL USA S/D, INC., | : | |
| Defendant. | : | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff McGonigle hereby provides notice of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated October 30, 2026

Respectfully submitted,

*/s/ William P. Robinson*

William Robinson (VSB:76098)
4067 South Four Mile Run Dr. #302
Arlington VA. 22204
ph. 703-789-4800
wprlegal@gmail.com

Avi R. Kaufman (*pro hac vice*)
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
kaufman@kaufmanpa.com

*Attorneys for Plaintiff and the proposed classes*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 30, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ William P. Robinson*